JS-6

1  NEWPORT TRIAL GROUP
    A Professional Corporation
2  David W. Reid, Bar No. 267382
    dreid@trialnewport.com
3  Steven R. Telles, Bar No. 246514
    stelles@trialnewport.com
4  4100 Newport Place, Suite 800
    Newport Beach, CA  92660
5  Tel: (949) 706-6464
    Fax: (949) 706-6469
6
    Attorneys for Plaintiff
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKEN APOSHIAN,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGESTONE RETAIL OPERATIONS, LLC., a corporation; DANIEL MUNOZ, an individual; PAULUS MARDACHIA, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.  CV12-6156 GW (Ex)<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   June 8, 2012 |

The Court, having considered the Stipulation of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that this action should be dismissed with prejudice.

Dated: June 26, 2013

_____
The Honorable George H. Wu
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2013, I electronically filed the foregoing **PROPOSED ORDER OF DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

                                      /s/David W. Reid
                                         David W. Reid